43532, 43533. SMITH v. SMITH et al.; and vice versa.

FELTON, Chief Judge. One of the judgments appealed from in this case by appellant in the main appeal is a judgment granting a perpetual injunction against the appellant. Jurisdiction of such appeals is in the Supreme Court and not in this court. Therefore, the appeal and cross appeal must be *Transferred to the Supreme Court. Eberhardt and Whitman, JJ., concur.*

ARGUED MARCH 4, 1968—DECIDED MARCH 13, 1968.

*Shaw, Stolz & Fletcher, Irwin W. Stolz, Jr.*, for appellant.
*Frank M. Gleason*, for appellees.